FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 11 2017

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 4:17CR 00201 JLH |
| vs. | ) | |
| | ) | |
| MICHAEL L. COLE, JR. | ) | Title 18, U.S.C. § 922(g)(1) |
| | ) | Title 18, U.S.C. § 3013 |
| | ) | Title 18, U.S.C. § 3571 |
| | ) | Title 18, U.S.C. § 3583 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.  Prior to December 16, 2016, in the Eastern District of Arkansas, the defendant,

MICHAEL L. COLE, JR.,

had previously been convicted of the following crime:

Delivery of Cocaine, in Case Number 2013-826, in the Circuit Court of Crittenden County, Arkansas, on or about June 16, 2014.

B.  The crime set forth above in Paragraph A was punishable by a term of imprisonment exceeding one year.

C.  On or about December 16, 2016, in the Eastern District of Arkansas, the defendant,

MICHAEL L. COLE, JR.,

did knowingly possess in and affecting commerce, a firearm, namely: a Cobra Enterprises

1

Inc., Model CA380, .380 Auto semi-automatic pistol, bearing serial number CP002341.

All in violation of Title 18, United States Code, Section 922(g)(1).

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]